DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

In re:  
    MAUREEN O'SULLIVAN  
    24283 BUCKEYE PLACE  
    WILLITS, CA 95490  

    ###-##-5234  
               Debtor(s).

Case No.: 10-1-2277AJ13  
Chapter 13  

NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES

**341 MEETING OF CREDITORS:**  
Date: 08/02/2010  
Time: 11:00 AM  
Place: Office of the United States Trustee  
777 Sonoma Ave., First Floor, #116  
Santa Rosa, CA   95404  

**CONFIRMATION HEARING:**  
Date: 09/20/2010  
Time: 1:30 PM  
Place: United States Bankruptcy Court  
99 South E Street  
Santa Rosa, CA   95404  

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. The debtor's plan proposes payment of attorney's fees only, with no secured claims and no unsecured creditors. The Trustee believes this case is essentially a disguised Chapter 7 filing. Pursuant to 11 U.S.C.§1325(a)(3), the Trustee believes that debtor's plan is not proposed in good faith, and therefore, should not be confirmed.

2. At the 341 Meeting of Creditors, the debtor indicated she is currently in negotiations with her mortgage lender to modify her loan.  The Trustee requests that said loan modification is resolved prior to confirmation, or, the mortgage loan be cured by payment of modification.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case,  Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: August 3, 2010          DAVID BURCHARD_____
                               DAVID BURCHARD, Chapter 13 Trustee

## Certificate of Mailing

I, WENDY KARNES, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

MAUREEN O'SULLIVAN              DANIEL B. BECK
24283 BUCKEYE PLACE             BECK LAW, P.C.
WILLITS, CA 95490               2681 CLEVELAND AVE.
                                SANTA ROSA, CA 95403


United States Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104







Dated:  August 3, 2010             WENDY KARNES_____
                                   WENDY KARNES